UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE RUBIO GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01590-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff Juan Jose Rubio Gutierrez proceeds in this Social Security appeal represented by counsel. Gutierrez moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Gutierrez has submitted a declaration regarding his financial circumstances. *Id*. The court finds that this declaration satisfies the requirements under § 1915. The court will therefore grant Gutierrez's motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

  a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

  b. The court orders service of process on defendant:

     i. The clerk must issue summons.

     ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

     iii. Plaintiff must assist the marshal upon request.

1

iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:     November 12, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.