UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JUAN JOSE RUBIO GUTIERREZ, | No. 1:19-cv-1590-HBK (SS) |
|---|---|
| Plaintiff, | ORDER TO PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED UNDER FED. R. CIV. P 4(m). |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the court upon initial review of the file which was reassigned to the undersigned. Doc. 10. Plaintiff initiated this action with the assistance of counsel on November 4, 2019. Doc. No. 1. Plaintiff was granted leave to proceed *in forma pauperis.* Doc. No. 4. On November 13, 2019, the Clerk issued summons and the court issued its scheduling order. Doc. Nos. 5, 6. It appears from a review of the docket that Plaintiff has not submitted completed service forms for the Commissioner to be timely served with process. *See* Instructions for Service of Social Security Appeals (Doc. No. 6-3). If a defendant is not served within ninety (90) days after a complaint is filed, the court *must*, after notice to the plaintiff, dismiss the action without prejudice. Fed. R. Civ. P. 4(m) (emphasis added).

Accordingly, it is now **ORDERED**:

1. Plaintiff shall show cause within fourteen (14) days from the date on this Order why

1

this case should not be dismissed for failure to prosecute and/or failure to timely effectuate service of process on Commissioner.

2. Plaintiff's failure to respond to this Order, or explain his inability to respond, will result in the dismissal of this case without further notice under Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:   March 1, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2